## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**LARRY MARKER,**

     **Plaintiff,**

**v.**                                                                   **2:24-cv-00071-DHU-JFR**

**MAGGIE TOULOUS OLIVER,**
**and RAUL TORREZ,**

     **Defendant.**

### MEMORANDUM OPINION AND ORDER

     This matter is before the Court on Plaintiff's Verified Objection to Memorandum Opinion and Order. (Doc. 10). For the reasons stated below, Plaintiff's motion is DENIED.

     On April 12, 2014, this Court granted Defendants' motion to dismiss, finding, among other things, that the Court lacked jurisdiction over this matter. *See* Doc. 9. The Plaintiff's Complaint (Doc. 1) asked this Court to issue writs of mandamus against New Mexico state officials, something the Court lacks the power to do. *See Adkins v. Kansas Comm'n on Judicial Qualifications*, 510 Fed. Appx. 700, 706 (10th Cir. 2013) (Federal "district courts lack power to issue a writ of mandamus to state officials[.]"); *see also Sockey v. Gray*, 159 F. App'x 821, 822 (10th Cir. 2005) ("Federal courts are without jurisdiction to grant a writ of mandamus against state and local officials"). The Court finds no reason to reconsider its prior order or issue a show cause order, as it would be inappropriate to continue to preside over a case where the Court has no jurisdiction.

     **THEREFORE**, Plaintiff's Motion (Doc. 10) is **DENIED.**

     **IT IS SO ORDERED.**

HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE